# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 36 WAL 2018

        Respondent                :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

          v.                       :

                                 :

JACOB ANDREW VRUDNEY,          :

                                 :

        Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.